IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALBERT EDWARDS,

    Petitioner,

v.                                                                                      Case No. 17-cv-114-jdp

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Albert Edwards petition for writ of habeas corpus under § 2241 and dismissing this case.

/s/                                                              3/29/2019
Peter Oppeneer, Clerk of Court                       Date