UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
[illegible] FILED

2019 APR 12 AM 9:30

[illegible]
CLERK [illegible]

ALBERT ESWARDS,                    )

        Petitioner,                )

                                   )

    v.                             )        Case # 17-cv-114-jdp

                                   )

MATTHEW MARSKE,                    )

        Respondent.                )


## NOTICE OF APPEAL


Notice is hereby given that Albert Edwards, Petitioner in the
above named case hereby appeal to the United States Court of Appeals
for the Seventh Circuit from the final judgment entered in this
action on March 29, 2019, when the district court denied Petitioner's
2241 petition for writ of habeas corpus.


Date:  April 9, 2019                    _Albert Edwards_

                                        ALBERT EDWARDS, Peti[illegible]

                                        Petitioner